# EXHIBIT A

[Letter is too blurry to read reliably. Visible structural elements include a return address block, recipient address block, a date, a centered title "Notice of Security Incident", salutation "Dear [Name]:", and section headings including "What Happened?", "What We Are Doing", "What Information Was Involved", and "What You Can Do".]